IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BERTOLA,

    Petitioner,

    v.

J HARTLEY, Warden,

    Respondent.

_____/

No. C-09-5428 TEH (PR)

ORDER OF TRANSFER

    Petitioner seeks federal habeas review of the execution of a sentence imposed by the Santa Clara County Superior Court, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at Avenal State Prison in the County of Kings, which lies in the Eastern District of California. See id. § 84(b).

    Venue in a habeas action is proper in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993). The district of confinement, however, is the preferable forum to review the execution of a sentence. See Habeas L. R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Habeas L. R. 2254-

3(b)(1); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because the County of Kings lies in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas Local Rule 2254-3(b)(2) and in the interest of justice the court orders this petition TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall terminate all pending motions as moot, close the file and transfer this matter to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

DATED   12/02/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.09\Bertola-09-5428-bph-transfer-caed.wpd

2